Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 16, 2024.



In The

# Fourteenth Court of Appeals

### NO. 14-24-00244-CV

## IN RE WISENBAKER BUILDER SERVICES, INC., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 21-CV-1648**

## MEMORANDUM OPINION

On April 5, 2024, relator Wisenbaker Builder Services, Inc., filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jeth Jones, presiding judge of the 122nd District Court of Galveston County, to vacate the trial court's March 18, 2024 order granting "Big Tex's motion to compel arbitration."

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.